

EOD

12/28/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL L. MCKAY, | § | CASE NO. 17-42747 |
| | § | (Chapter 7) |
| DEBTOR | § | |

# ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS

On this day came on for consideration the Motion to Extend Time to File Schedules, Statements, and Other Required Documents ("Motion") filed by Michael L. McKay (the "Debtor"). For cause shown, the Court grants the Motion. **IT IS THEREFORE,**

**ORDERED** that the Motion is granted. **IT IS FURTHER,**

**ORDERED** that the deadline for the Debtor to file his Schedules, Statements of Financial Affairs, and Other Required Documents shall be January 9, 2018.

Signed on 12/28/2017

*Brenda T. Rhoades*  MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE