
EOD
02/05/2018

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>MCKAY, MICHAEL L<br><br>Debtor | Case No. 17-42747<br>Chapter 7 |

**ORDER GRANTING APPLICATION TO
APPROVE EMPLOYMENT OF ATTORNEYS**

ON THIS DAY CAME ON FOR CONSIDERATION the Application To Approve Employment of Attorneys (the "Application") filed by Mark A. Weisbart, Chapter 7 Trustee, to employ The Law Office of Mark A. Weisbart (the "Firm") as attorneys for the Trustee. After consideration of the Application, the arguments presented by counsel, finding that notice was proper and that the Office of the United States Trustee has no objections to the employment of the Firm as attorneys for the Trustee, it is the opinion of this Court that the Application should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Application to approve the employment of attorneys is hereby granted; and

2. The Firm is hereby employed as attorneys for the Trustee effective as of December 17, 2017.

Signed on 2/5/2018

/s/ Brenda T. Rhoades  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

```
                             United States Bankruptcy Court
                              Eastern District of Texas
In re:                                                                          Case No. 17-42747-btr
Michael L McKay                                                                 Chapter 7
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0540-4          User: carterl                 Page 1 of 1                  Date Rcvd: Feb 05, 2018
                              Form ID: pdf400               Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db            +Michael L McKay,    133 Sand Point Ct.,    Coppell, TX 75019-5387
cr             State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 01:49:33
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              Christopher J. Moser    on behalf of Debtor Michael L McKay cmoser@qslwm.com,
               cprice@qslwm.com;kimhill@qslwm.com;kwoodard@qslwm.com
              Mark A. Weisbart    on behalf of Trustee Mark A. Weisbart mark@weisbartlaw.net,
               mweisbart@iq7technology.com;tsimmons@weisbartlaw.net
              Mark A. Weisbart    mark@weisbartlaw.net,    mweisbart@iq7technology.com;tsimmons@weisbartlaw.net
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                              TOTAL: 4
```