Form reqobar

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Sherman (Plano)
Suite 300B
660 North Central Expressway
Plano, TX 75074

| | |
|---|---|
| In Re: Michael L McKay<br>Debtor | Bankruptcy Case No.: 17−42747<br>Chapter: 7 |

**ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF**

TO THE CREDITORS OF THE ABOVE−NAMED DEBTOR:

Notice having been previously given that creditors of the above−named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 4/26/18
is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above−named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim ("Official Form B 410"), a copy of which can be obtained at the United States Courts Web site: http://www.txeb.uscourts.gov/bkforms.html or at any bankruptcy clerk's office.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for Governmental Units is **8/14/18**.

Dated: 2/15/18

                              Jason K. McDonald, Clerk
                              U.S. Bankruptcy Court

MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B
660 North Central Expressway
Plano, TX 75074

\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM LOCATED AT http://www.txeb.uscourts.gov/bkforms.html OR AT ANY BANKRUPTCY CLERK'S OFFICE.

Michael L McKay

17−42747

```
United States Bankruptcy Court
Eastern District of Texas
```

In re:                                                            Case No. 17-42747-btr
Michael L McKay                                                   Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

| District/off: 0540-4 | User: denhams | Page 1 of 2 | Date Rcvd: Feb 15, 2018 |
|---|---|---|---|
| | Form ID: 895 | Total Noticed: 26 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
```
db           +Michael L McKay,    133 Sand Point Ct.,    Coppell, TX 75019-5387
7422669      +Brix Moore,    8300 Gaylord Parkway,    Frisco, TX 75034-8566
7422670      +Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
               S Louis, MO 63179-0040
7422674      +Helen McKay,    704 Hejupe Dr.,    Kermit, TX 79745-4729
7422675      +Holly Lackey,    2102 Marrin,    Carrolton, TX 75006-2830
7422678       North Dallas Bank and Trust,    PO Box 801826,    Dallas, TX 75380-1826
7422680      +Pam Day,    203 S. Ave H,    Kermit, TX 79745-3635
7422682      +Robert Ranen, Esq.,    16950 Dallas Parkway,    Suite 190,    Dallas, TX 75248-1914
7422683       Sears Consumer Payments,    P.O. Box 9001055,    Louisville, KY 40290-1055
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +E-mail/Text: mweisbart@iq7technology.com Feb 16 2018 01:18:44     Mark A. Weisbart,
                The Law Office of Mark A. Weisbart,    12770 Coit Road, Suite 541,    Dallas, TX 75251-1366
7422668       EDI: AMEREXPR.COM Feb 16 2018 01:13:00      American Express Bank,    P.O. Box 650448,
                Dallas, TX 75265-0448
7422671      +E-mail/Text: bankruptcy@commercebank.com Feb 16 2018 01:18:16     Commerce Bank,
                Attn: KC Rec -10,    PO Box 419248,    Kansas City, MO 64141-6248
7422672      +EDI: DISCOVER.COM Feb 16 2018 01:13:00      Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
7422673      +EDI: DISCOVERPL Feb 16 2018 01:13:00      Discover Personal Loan,    Attn: Bankruptcy,
                PO Box 30954,    Salt Lake City, UT 84130-0954
7422673      +E-mail/Text: dplbk@discover.com Feb 16 2018 01:18:31     Discover Personal Loan,
                Attn: Bankruptcy,    PO Box 30954,    Salt Lake City, UT 84130-0954
7422676       EDI: IRS.COM Feb 16 2018 01:13:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
7422677       EDI: CBSKOHLS.COM Feb 16 2018 01:13:00      Kohls/Capital One,    Kohls Credit,    PO Box 3043,
                Milwaukee, WI 53201-3043
7426022      +E-mail/Text: bankruptcy.notices@ndbt.com Feb 16 2018 01:18:19     North Dallas Bank & Trust Co.,
                12900 Preston Rd.,    Dallas, TX. 75230-1329
7422679      +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Feb 16 2018 01:18:09     Office of the U.S. Trustee,
                110 N. College Ave., Suite 300,    Tyler, Texas 75702-7231
7423539      +EDI: PRA.COM Feb 16 2018 01:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
7422681      +E-mail/Text: bankruptcyteam@quickenloans.com Feb 16 2018 01:18:30     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
7422684      +EDI: STFM.COM Feb 16 2018 01:13:00      State Farm Bank,    1 State Farm Plaza E-6,
                Bloomington, IL 61710-0001
7432627       EDI: BECKLEE.COM Feb 16 2018 01:13:00      State Farm Bank,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
7422685      +EDI: STFM.COM Feb 16 2018 01:13:00      State Farm Financial Services,    1 State Farm Plaza,
                Bloomington, IL 61710-0001
7422686      +EDI: RMSC.COM Feb 16 2018 01:13:00      Synchrony Bank/Chevron,    Attn: Bankruptcy,
                PO Box 965060,    Orlando, FL 32896-5060
7422687       EDI: TFSR.COM Feb 16 2018 01:13:00      Toyota Motor Credit Corporation,    PO Box 8026,
                Cedar Rapids, IA 52408
7422688      +E-mail/Text: WFB.Bankruptcy@cabelas.com Feb 16 2018 01:18:47     Worlds Foremost Bank,
                Attn: Bankruptcy,    4800 NW 1st St,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*           State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
7426058*     +North Dallas Bank & Trust CO.,    12900 Preston Rd.,    Dallas, TX. 75230-1329
7426059*     +North Dallas Bank & Trust CO.,    12900 Preston Rd.,    Dallas, TX. 75230-1329
7426057*     +North Dallas Bank & Trust Co.,    12900 Preston Rd.,    Dallas, TX. 75230-1329
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:

        Christopher J. Moser    on behalf of Debtor Michael L McKay cmoser@qslwm.com,
         cprice@qslwm.com;kimhill@qslwm.com;kwoodard@qslwm.com
        Mark A. Weisbart    on behalf of Trustee Mark A. Weisbart mark@weisbartlaw.net,
         mweisbart@iq7technology.com;tsimmons@weisbartlaw.net
        Mark A. Weisbart    mark@weisbartlaw.net,   mweisbart@iq7technology.com;tsimmons@weisbartlaw.net
        US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV

        TOTAL: 4