**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **L.** | **McKay** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known) **17-42747**

☑ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**133 Sand Point Court**
Street address, if available, or other description

**Coppell** **TX** **75019**
City State ZIP Code

**Dallas**
County

**Homestead**
***value listed per tax appraisal**

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **$469,590.00**

**Current value of the portion you own?** **$469,590.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................** → **$469,590.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1  **Michael L. McKay**  Case number (if known) **17-42747**

**3.1.**
Make: **Lexus**
Model: **ES**
Year: **2017**
Approximate mileage: **19,869**
Other information:
**2017 Lexus ES (approx. 19869 miles)**

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,095.00 | $35,095.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................... → **$35,095.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe..... **Household goods, furnishings, and appliances**  **$4,500.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe..... **Televisions, electronics, computer, phones**  **$1,200.00**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe..... **Artwork and precious moments**  **$500.00**

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☒ Yes. Describe..... **Pistol and rifle**  **$400.00**

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe..... **Clothing, shoes, and accessories**  **$400.00**

Debtor 1   **Michael L. McKay**                               Case number (if known)   **17-42747**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....   **Jewelry**                                                                                                       **$100.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes.  Describe.....   **1 Dog**                                                                                                         **$0.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.................................................................................** →  **$7,100.00**

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes............................................................................................................................. Cash: ..........................   **$87.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................   Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **North Dallas Bank and Trust** | **$0.00** |
| 17.2. | Checking account: | **State Farm Federal Credit Union (business)** | **$0.00** |
| 17.3. | Savings account: | **North Dallas Bank and Trust** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes...........................   Institution or issuer name:

**Mutual fund with State Farm**                                                                                                   **$48.63**

Debtor 1   **Michael L. McKay**     Case number (if known) **17-42747**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☒ Yes. Give specific information about them..........    Name of entity:     % of ownership:

    **Mike McKay Insurance Agency (sole proprietorship; State Farm Agent)**     **100%**     **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☒ No
    ☐ Yes. Give specific information about them..........    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☒ Yes. List each account separately.    Type of account:    Institution name:

    IRA:    **IRA with State Farm**     **$200.00**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No
    ☒ Yes..........................    Institution name or individual:

    Security deposit on rental unit:  **Brixmor**     **$4,489.49**

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☒ No
    ☐ Yes..........................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☒ No
    ☐ Yes..........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☒ No
    ☐ Yes. Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☒ No
    ☐ Yes. Give specific information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes. Give specific information about them

Debtor 1 **Michael L. McKay**           Case number (if known) **17-42747**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☑ No
- ☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ☑ No
- ☐ Yes. Give specific information

_____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

- ☐ No
- ☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Whole life insurance policy with State Farm (cash value is shown)** | | **$240.47** |
| **Whole life insurance policy with State Farm (cash value is shown)** | | **$5,182.29** |
| **Whole life insurance policy with State Farm (cash value is shown)** | | **$1,303.65** |
| **Whole life insurance policy with State Farm (cash value is shown)** | | **$3,516.85** |
| **Whole life insurance policy with State Farm (cash value is shown)** | | **$6,148.20** |
| **Whole life insurance policy with State Farm (cash value is shown)** | | **$1,919.24** |

| Debtor 1 | Michael L. McKay | Case number (if known) | 17-42747 |
|---|---|---|---|

| | | |
|---|---|---|
| | Whole life insurance policy with State Farm (cash value is shown) | $1,181.56 |
| | Business liability insurance policy with State Farm | $0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim........  **Vehicle accident claim against Madhu Patalay (insurance claim pending)**   $150,000.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................** → **$174,317.38**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe...  **Renewal commissions**   $10,000.00

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe...  **Chairs, tables, desks, file cabinets, credenza, shelving, coffee bar, refrigerators, microwave oven, shredder, cookie oven, and stereo**   $2,000.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

Debtor 1  **Michael L. McKay**  Case number (if known) **17-42747**

**41. Inventory**

☒ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☒ No
☐ Yes. Describe..... Name of entity:    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes. Describe.....

**44. Any business-related property you did not already list**

☒ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................................................ → **$12,000.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes....

**48. Crops--either growing or harvested**

☒ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information................

Debtor 1 **Michael L. McKay**     Case number (if known) **17-42747**

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................................➔ **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☐ No
    ☑ Yes. Give specific information.

    **Debtor and non-filing spouse are divorcing. Non-filing spouse has the following separate property and separately managed community property:**
    **-vehicle accident claim against Madhu Patalay**
    **-Chase Bank checking account**
    **-Bank of America checking account**
    **-Napus Credit Union savings account**
    **-certificate of deposit with North Dallas Bank**
    **-clothing, shoes, and accessories**
    **-jewelry**
    **-household goods and furnishings**
    **-real property located at 827 Foxwood Pl., Lewisville, TX**
    **-real property in California (address unknown to Debtor)**
    **-inherited real property in California (address unknown to Debtor)**
    **-other possible real, personal, and intangible property that is unknown to Debtor**    **$0.00**

54. Add the dollar value of all of your entries from Part 7. Write that number here............................➔ **$0.00**

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2.................................................................................................➔ **$469,590.00**

56. Part 2: Total vehicles, line 5     **$35,095.00**

57. Part 3: Total personal and household items, line 15     **$7,100.00**

58. Part 4: Total financial assets, line 36     **$174,317.38**

59. Part 5: Total business-related property, line 45     **$12,000.00**

60. Part 6: Total farm- and fishing-related property, line 52     **$0.00**

61. Part 7: Total other property not listed, line 54     + **$0.00**

62. Total personal property. Add lines 56 through 61.................. **$228,512.38**    Copy personal property total ➔ + **$228,512.38**

63. Total of all property on Schedule A/B. Add line 55 + line 62........................................................ **$698,102.38**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **L.** | **McKay** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **17-42747** | | |

☑ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Michael L. McKay**            X _____
Michael L. McKay, Debtor 1            Signature of Debtor 2

Date **02/23/2018**                   Date _____
MM / DD / YYYY                        MM / DD / YYYY